UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ERIC M. GORDON,

     v.                                    **ORDER**
                                         14-CV-324S

NEW YORK DEPARTMENT OF PAROLE *et al.*,

              Defendants.

On May 22, 2014, this case was administratively closed upon the denial without prejudice of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff was afforded until June 20, 2014 to submit either a signed Prison Authorization Form or the payment of the $350 filing fee and $50 administrative fee, at which time the case would be reopened.

On June 6, 2014, this Court received an affidavit from Plaintiff requesting that the matter be reopened and indicating that the requisite authorization was attached. However, no authorization form was received. Accordingly, the Clerk of the Court is directed to send Plaintiff another copy of the Prison Authorization Form and the Court's May 22, 2014 Order along with this Order. Plaintiff shall have 30 days from the date of this Order to move to reopen this case. Any such application shall be in writing and include either (1) a signed Prison Authorization Form, or (2) the $350 filing fee and $50 administrative fee ($400.00 total fees). Upon receipt of the signed authorization form or the full fee payment, the Clerk of the Court shall reopen the case.

      SO ORDERED.

Dated:  October 21, 2014
            Buffalo, New York

                                                          s/William M. Skretny
                                                        WILLIAM M. SKRETNY
                                                             Chief Judge
                                                United States District Court